IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | 18 U.S.C. § 242 <br> 18 U.S.C. § 924(c)(1) |
| v. | CRIMINAL NO. 3:23-cr-63-TSL-LGI |
| CHRISTIAN LEE DEDMON, <br> HUNTER THOMAS ELWARD, and <br> DANIEL READY OPDYKE, | |

**The United States Attorney charges:**

### COUNT 1
### Deprivation of Rights Under Color of Law
### (18 U.S.C. § 242)

On or about December 4, 2022, in the Northern Division of the Southern District of Mississippi, defendants, **CHRISTIAN LEE DEDMON, HUNTER THOMAS ELWARD,** and **DANIEL READY OPDYKE**, while acting under color of law and aiding and abetting one another, willfully deprived A.S. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right be free from the use of unreasonable force by a law enforcement officer. Specifically, **CHRISTIAN LEE DEDMON** physically assaulted A.S. by punching, kicking, and tasing him, and **HUNTER THOMAS ELWARD** and **DANIEL READY OPDYKE** failed to intervene to protect A.S. from being assaulted, despite the opportunity to do so. This offense involved the use of a dangerous weapon and resulted in bodily injury to A.S.

All in violation of Title 18, United States Code, Sections 242 and 2.

## COUNT 2
### Deprivation of Rights Under Color of Law
### (18 U.S.C. § 242)

On or about December 4, 2022, in the Northern Division of the Southern District of Mississippi, defendant **CHRISTIAN LEE DEDMON**, while acting under color of law, willfully deprived A.S. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right be free from the use of unreasonable force by a law enforcement officer. Specifically, **DEDMON** discharged a firearm in close proximity to A.S. for the purpose of scaring A.S. and coercing a confession. This offense involved the use of a dangerous weapon.

All in violation of Title 18, United States Code, Section 242.

## COUNT 3
### Discharge of a Firearm During a Crime of Violence
### (18 U.S.C. § 924(c)(1))

On December 4, 2022, in the Northern Division of the Southern District of Mississippi, defendant **CHRISTIAN LEE DEDMON**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States; specifically, the crime of violence charged in Count Two of this Information.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

DARREN J. LAMARCA
UNITED STATES ATTORNEY

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

Christopher J. Perras
Special Litigation Counsel