IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 3:23-cr-63-TSL-LGI

CHRISTIAN LEE DEDMON,
HUNTER THOMAS ELWARD, and
DANIEL READY OPDYKE

NOTICE OF MAXIMUM PENALTY

CHRISTIAN LEE DEDMON

**Counts 1 and 2:**       **Deprivation of Rights Under Color of Law**
18 U.S.C. §242

- Not more than ten (10) years imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment each count

**Count 3:**       **Use and Carry and Brandish and Discharge of a Firearm During a Crime of Violence**
18 U.S.C. §924(c)(1)

- Not less than ten (10) years imprisonment, not more than Life, to run consecutive
- Not more than a $250,000 fine
- Not more than five (5) years supervised release
- $100 special assessment

HUNTER THOMAS ELWARD

**Count 1:**       **Deprivation of Rights Under Color of Law**
18 U.S.C. §242

- Not more than ten (10) years imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment each count

DANIEL READY OPDYKE

**Count1:** **Deprivation of Rights Under Color of Law**
18 U.S.C. §242

- Not more than ten (10) years imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment each count