CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 31 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

CITY: _____

COUNTY: __Rankin_____

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # **3:23-cr-63-TSL-LGI**
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: __X__ YES _____ NO

NAME/ALIAS: __Christian Lee Dedmon_____

**U.S. ATTORNEY INFORMATION:**

AUSA __Erin O. Chalk__   BAR # __101721__

INTERPRETER: __X__ NO _____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __3__   _____ PETTY   _____ MISDEMEANOR   __3__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:242.F | 18 U.S.C § 242 | Deprivation of Rights Under Color or Law | 1 & 2 |
| Set 2   18:924C.F | 18 U.S.C. § 924(c) | Discharge of a Firearm During a Crime of Violence | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _/s/ Erin O. Chalk_

Revised 9/22/2020